ALBERT E. HARPELL, PLAINTIFF-RESPONDENT, v. PUB-
LIC SERVICE COORDINATED TRANSPORT, DEFEND-
ANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 35 *N. J. Super.* 354.

*Mr. Luke A. Kiernan, Jr.*, for the petitioner.

*Mr. Thomas F. Hueston* for the respondent.

September 12, 1955.

ROY S. DeBOW, PLAINTIFF-PETITIONER, v. BESSIE LET-
SON HATFIELD, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 35 *N. J. Super.* 291.

*Messrs. Hunziker & Hunziker* and *Mr. Hugh C. Spernow*
for the petitioner.

*Mr. Samuel Morris* for the respondents.